# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CLIFFORD JAMES SCHUETT,<br>*Plaintiff*,<br>vs.<br>US MARSHAL SERVICE, *et al.*<br>*Defendants*. | 2:13-cv-01063-JCM-GWF<br><br>ORDER |

Plaintiff's second motion (#25) seeking a waiver of the filing fee is DENIED. Plaintiff's alleged obligations under orders from other courts, such as a restitution order, do not excuse plaintiff from his obligation also under the Prison Litigation Reform Act to pay the full filing fee for cases that he files. With regard to plaintiff's references to social security benefits and food stamps, the court notes that plaintiff is incarcerated in a federal correctional facility. Paying the filing fee is plaintiff's obligation under the law, not a punishment. The court has ruled on this issue, now twice. That is the end of the matter.

DATED: November 12, 2013.

_____
JAMES C. MAHAN
United States District Judge