UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLIFFORD JAMES SCHUETT,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>US MARSHAL SERVICE, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.  2:13-cv-01063-JCM-GWF<br><br>ORDER |

This action began with a pro se civil rights complaint filed pursuant to 42 U.S.C. § 1983.  (ECF No. 1-1.)  On July 29, 2013, the court issued a screening order dismissing plaintiff's complaint with prejudice and closing this case.  (ECF No. 21.)

Plaintiff has now submitted a letter to the court. (ECF No. 27.)  The letter indicates that plaintiff has recently been arrested for placing a bottle of Ajax on the courthouse steps. (*Id.* at 1.)  The letter states that plaintiff is pleading guilty to a charge based on this incident but asks the court to explain why the State of Nevada decided to send plaintiff to prison because of a bottle of Ajax. (*Id.* at 2.)  The court cannot answer plaintiff's question.  This case has been closed for over seven years.  To the extent that plaintiff believes that any of his constitutional rights have been violated, plaintiff may pursue a civil rights action or a petition for habeas corpus in a new action.

For the foregoing reasons, **IT IS ORDERED** that plaintiff may not pursue any claims in this action.  To the extent that plaintiff believes that any of his constitutional rights have been violated, plaintiff may pursue a civil rights action or a petition for habeas corpus in a new action.

DATED  September 10, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1